| Statement of Earnings For: | **Artur Babadzhanov** | | | | | **Plaza Hair Designs Inc.** |
|---|---|---|---|---|---|---|
| Employee #: 0071 | Department 0100 | Period Begin: 7/10/2016 | Check Date: 7/20/2016 | 1940A Deer Park Ave. | | |
| Clock Number: | | Period End: 7/16/2016 | | Deer Park, NY 11729 | | |
| SSN: XXX-XX-#### | Federal Filing: Single | Exemptions: 1 | Additional Tax: | 631-243-5927 | | |
| Company Id: KIA8/1FRA | State Filing: Single/Head of | Exemptions: 1 | Additional Tax: | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22698 | $134.39 | $150.00 | $134.39 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 3,000.00 | SOC SEC EE | 9.30 | 186.00 | Disab | 0.60 | 11.40 |
| | | | | | | MED EE | 2.17 | 43.50 | | | |
| | | | | | | FEDERAL WH | 2.88 | 57.60 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 13.20 | | | |
| **Total:** | | 0.00 | 150.00 | 0.00 | 3,000.00 | **Total:** | 15.01 | 300.30 | **Total:** | 0.60 | 11.40 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

| Statement of Earnings For: | Artur Babadzhanov | | | | | | Plaza Hair Designs Inc. |
|---|---|---|---|---|---|---|---|
| Employee #: 0071 | Department | 0100 | Period Begin: 7/17/2016 | Check Date: 7/27/2016 | | | 1940A Deer Park Ave. |
| Clock Number: | | | Period End: 7/23/2016 | | | | Deer Park, NY 11729 |
| SSN: XXX-XX-XXXX | Federal Filing: | Single | Exemptions: 1 | Additional Tax: | | | 631-243-5927 |
| Company Id: KIA8/1FRA | State Filing: | Single/Head of | Exemptions: 1 | Additional Tax: | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22711 | $134.38 | $150.00 | $134.38 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 3,150.00 | SOC SEC EE | 9.30 | 195.30 | Disab | 0.60 | 12.00 |
| | | | | | | MED EE | 2.18 | 45.68 | | | |
| | | | | | | FEDERAL WH | 2.88 | 60.48 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 13.86 | | | |
| Total: | | 0.00 | 150.00 | 0.00 | 3,150.00 | Total: | 15.02 | 315.32 | Total: | 0.60 | 12.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

| Statement of Earnings For: | Artur Babadzhanov | | | | | | Plaza Hair Designs Inc. |
|---|---|---|---|---|---|---|---|
| Employee #: 0071 | Department: 0100 | Period Begin: 7/24/2016 | Check Date: 8/3/2016 | | | | 1940A Deer Park Ave. |
| Clock Number: | | Period End: 7/30/2016 | | | | | Deer Park, NY 11729 |
| SSN: XXX-XX-XXXX | Federal Filing: Single | Exemptions: 1 | Additional Tax: | | | | 631-243-5927 |
| Company Id: KIA8/1FRA | State Filing: Single/Head of | Exemptions: 1 | Additional Tax: | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22726 | $134.39 | $150.00 | $134.39 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 3,300.00 | SOC SEC EE | 9.30 | 204.60 | Disab | 0.60 | 12.60 |
| | | | | | | MED EE | 2.17 | 47.85 | | | |
| | | | | | | FEDERAL WH | 2.88 | 63.36 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 14.52 | | | |
| Total: | | 0.00 | 150.00 | 0.00 | 3,300.00 | Total: | 15.01 | 330.33 | Total: | 0.60 | 12.60 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

| Statement of Earnings For: | **Artur Babadzhanov** | | | | | | | Plaza Hair Designs Inc. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 0071 | Department | 0100 | Period Begin: | 7/31/2016 | Check Date: | 8/10/2016 | 1940A Deer Park Ave. | | |
| Clock Number: | | | | Period End: | 8/6/2016 | | | Deer Park, NY 11729 | | |
| SSN: | XXX-XX-•••• | Federal Filing: | Single | Exemptions: | 1 | Additional Tax: | | 631-243-5927 | | |
| Company Id: | KIA8/1FRA | State Filing: | Single/Head of | Exemptions: | 1 | Additional Tax: | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22741 | $134.38 | $150.00 | $134.38 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 3,450.00 | SOC SEC EE | 9.30 | 213.90 | Disab | 0.60 | 13.20 |
| | | | | | | MED EE | 2.18 | 50.03 | | | |
| | | | | | | FEDERAL WH | 2.88 | 66.24 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 15.18 | | | |
| **Total:** | | 0.00 | 150.00 | 0.00 | 3,450.00 | **Total:** | 15.02 | 345.35 | **Total:** | 0.60 | 13.20 |

CURRENT PERIOD LEAVE ACCRUAL

DISTRIBUTION OF NET PAY

| Statement of Earnings For: | **Artur Babadzhanov** | | | | | | **Plaza Hair Designs Inc.** | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 0071 | Department: 0100 | | Period Begin: 8/7/2016 | | Check Date: 8/17/2016 | | 1940A Deer Park Ave. | | |
| Clock Number: | | | Period End: 8/13/2016 | | | | Deer Park, NY 11729 | | |
| SSN: XXX-XX-XXXX | Federal Filing: Single | | Exemptions: 1 | | Additional Tax: | | 631-243-5927 | | |
| Company Id: KIA8/1FRA | State Filing: Single/Head of | | Exemptions: 1 | | Additional Tax: | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22758 | $134.39 | $150.00 | $134.39 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 3,600.00 | SOC SEC EE | 9.30 | 223.20 | Disab | 0.60 | 13.80 |
| | | | | | | MED EE | 2.17 | 52.20 | | | |
| | | | | | | FEDERAL WH | 2.88 | 69.12 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 15.84 | | | |
| Total: | | 0.00 | 150.00 | 0.00 | 3,600.00 | Total: | 15.01 | 360.36 | Total: | 0.60 | 13.80 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

| Statement of Earnings For: | **Artur Babadzhanov** | | | | | **Plaza Hair Designs Inc.** |
|---|---|---|---|---|---|---|
| Employee #: 0071 | Department 0100 | | Period Begin: 8/14/2016 | Check Date: 8/24/2016 | | 1940A Deer Park Ave. |
| Clock Number: | | | Period End: 8/20/2016 | | | Deer Park, NY 11729 |
| SSN: XXX-XX-XXXX | Federal Filing: Single | | Exemptions: 1 | Additional Tax: | | 631-243-5927 |
| Company Id: KIA8/1FRA | State Filing: Single/Head of | | Exemptions: 1 | Additional Tax: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22774 | $134.39 | $150.00 | $134.39 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 3,750.00 | SOC SEC EE | 9.30 | 232.50 | Disab | 0.60 | 14.40 |
| | | | | | | MED EE | 2.17 | 54.37 | | | |
| | | | | | | FEDERAL WH | 2.88 | 72.00 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 16.50 | | | |
| **Total:** | | 0.00 | 150.00 | 0.00 | 3,750.00 | **Total:** | 15.01 | 375.37 | **Total:** | 0.60 | 14.40 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

| Statement of Earnings For: | Artur Babadzhanov | | | | | | Plaza Hair Designs Inc. |
|---|---|---|---|---|---|---|---|
| Employee #: 0071 | Department 0100 | | Period Begin: 8/21/2016 | | Check Date: 8/31/2016 | | 1940A Deer Park Ave. |
| Clock Number: | | | Period End: 8/27/2016 | | | | Deer Park, NY 11729 |
| SSN: XXX-XX-**** | Federal Filing: Single | | Exemptions: 1 | | Additional Tax: | | 631-243-5927 |
| Company Id: KIA8/1FRA | State Filing: Single/Head of | | Exemptions: 1 | | Additional Tax: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22790 | $134.38 | $150.00 | $134.38 | |

| EARNINGS | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 3,900.00 | SOC SEC EE | 9.30 | 241.80 | Disab | 0.60 | 15.00 |
| | | | | | | MED EE | 2.18 | 56.55 | | | |
| | | | | | | FEDERAL WH | 2.88 | 74.88 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 17.16 | | | |
| Total: | | 0.00 | 150.00 | 0.00 | 3,900.00 | Total: | 15.02 | 390.39 | Total: | 0.60 | 15.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

| Statement of Earnings For: | | **Artur Babadzhanov** | | | | | | **Plaza Hair Designs Inc.** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 0071 | Department | 0100 | Period Begin: | 8/28/2016 | Check Date: | 9/7/2016 | 1940A Deer Park Ave. | | |
| Clock Number: | | | | Period End: | 9/3/2016 | | | Deer Park, NY 11729 | | |
| SSN: | XXX-XX-████ | Federal Filing: | Single | Exemptions: | 1 | Additional Tax: | | 631-243-5927 | | |
| Company Id: | KIA8/1FRA | State Filing: | Single/Head of | Exemptions: | 1 | Additional Tax: | | | | |
| **Check Number** | | **Check Amount** | | **Gross Pay** | | **Net Pay** | | **Check Message** | | |
| 22805 | | $134.38 | | $150.00 | | $134.38 | | | | |
| **EARNINGS** | | | | *Not Included in Totals | | **TAXES** | | **DEDUCTIONS** | | |
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 4,050.00 | SOC SEC EE | 9.30 | 251.10 | Disab | 0.60 | 15.60 |
| | | | | | | MED EE | 2.18 | 58.73 | | | |
| | | | | | | FEDERAL WH | 2.88 | 77.76 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 17.82 | | | |
| Total: | | 0.00 | 150.00 | 0.00 | 4,050.00 | Total: | 15.02 | 405.41 | Total: | 0.60 | 15.60 |
| **CURRENT PERIOD LEAVE ACCRUAL** | | | | | | | | **DISTRIBUTION OF NET PAY** | | |

| Statement of Earnings For: | **Artur Babadzhanov** | | | | | | Plaza Hair Designs Inc. |
|---|---|---|---|---|---|---|---|
| Employee #: 0071 | Department 0100 | Period Begin: 9/4/2016 | Check Date: 9/14/2016 | | | | 1940A Deer Park Ave. |
| Clock Number: | | Period End: 9/10/2016 | | | | | Deer Park, NY 11729 |
| SSN: XXX-XX-XXXX | Federal Filing: Single | Exemptions: 1 | Additional Tax: | | | | 631-243-5927 |
| Company Id: KIA8/1FRA | State Filing: Single/Head of | Exemptions: 1 | Additional Tax: | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22822 | $134.39 | $150.00 | $134.39 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 4,200.00 | SOC SEC EE | 9.30 | 260.40 | Disab | 0.60 | 16.20 |
| | | | | | | MED EE | 2.17 | 60.90 | | | |
| | | | | | | FEDERAL WH | 2.88 | 80.64 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 18.48 | | | |
| Total: | | 0.00 | 150.00 | 0.00 | 4,200.00 | Total: | 15.01 | 420.42 | Total: | 0.60 | 16.20 |

**CURRENT PERIOD LEAVE ACCRUAL** | **DISTRIBUTION OF NET PAY**

| Statement of Earnings For: | **Artur Babadzhanov** | | | | | Plaza Hair Designs Inc. |
|---|---|---|---|---|---|---|
| Employee #: 0071 | Department: 0100 | Period Begin: 9/11/2016 | Check Date: 9/21/2016 | | | 1940A Deer Park Ave. |
| Clock Number: | | Period End: 9/17/2016 | | | | Deer Park, NY 11729 |
| SSN: XXX-XX-XXXX | Federal Filing: Single | Exemptions: 1 | Additional Tax: | | | 631-243-5927 |
| Company Id: KIA8/1FRA | State Filing: Single/Head of | Exemptions: 1 | Additional Tax: | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22840 | $134.38 | $150.00 | $134.38 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 4,350.00 | SOC SEC EE | 9.30 | 269.70 | Disab | 0.60 | 16.80 |
| | | | | | | MED EE | 2.18 | 63.08 | | | |
| | | | | | | FEDERAL WH | 2.88 | 83.52 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 19.14 | | | |
| Total: | | 0.00 | 150.00 | 0.00 | 4,350.00 | Total: | 15.02 | 435.44 | Total: | 0.60 | 16.80 |

CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY

| Statement of Earnings For: | Artur Babadzhanov | | | | | | Plaza Hair Designs Inc. | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 0071 | Department | 0100 | Period Begin: 9/18/2016 | | Check Date: 9/28/2016 | | 1940A Deer Park Ave. | | |
| Clock Number: | | | Period End: 9/24/2016 | | | | Deer Park, NY 11729 | | |
| SSN: XXX-XX-XXXX | Federal Filing: | Single | Exemptions: 1 | | Additional Tax: | | 631-243-5927 | | |
| Company Id: KIA8/1FRA | State Filing: | Single/Head of | Exemptions: 1 | | Additional Tax: | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22858 | $134.39 | $150.00 | $134.39 | |

| EARNINGS | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 4,500.00 | SOC SEC EE | 9.30 | 279.00 | Disab | 0.60 | 17.40 |
| | | | | | | MED EE | 2.17 | 65.25 | | | |
| | | | | | | FEDERAL WH | 2.88 | 86.40 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 19.80 | | | |
| Total: | | 0.00 | 150.00 | 0.00 | 4,500.00 | Total: | 15.01 | 450.45 | Total: | 0.60 | 17.40 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

| Statement of Earnings For: | **Artur Babadzhanov** | | | | | | **Plaza Hair Designs Inc.** | |
|---|---|---|---|---|---|---|---|---|
| Employee #: 0071 | Department 0100 | | Period Begin: 10/2/2016 | | Check Date: 10/12/2016 | | 1940A Deer Park Ave. | |
| Clock Number: | | | Period End: 10/8/2016 | | | | Deer Park, NY 11729 | |
| SSN: XXX-XX-XXXX | Federal Filing: Single | | Exemptions: 1 | | Additional Tax: | | 631-243-5927 | |
| Company Id: KIA8/1FRA | State Filing: Single/Head of | | Exemptions: 1 | | Additional Tax: | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 22894 | $134.38 | $150.00 | $134.38 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 0.00 | 150.00 | 0.00 | 4,800.00 | SOC SEC EE | 9.30 | 297.60 | Disab | 0.60 | 18.60 |
| | | | | | | MED EE | 2.18 | 69.60 | | | |
| | | | | | | FEDERAL WH | 2.88 | 92.16 | | | |
| | | | | | | NEW YORK CITY | 0.66 | 21.12 | | | |
| **Total:** | | 0.00 | 150.00 | 0.00 | 4,800.00 | **Total:** | 15.02 | 480.48 | **Total:** | 0.60 | 18.60 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |